AUTOMATIC SWITCH CO. OF BALTIMORE CITY v. CUTLER-HAMMER MFG. CO. (Circuit Court of Appeals, Second Circuit. October 15, 1906.) No. 118. Appeal from the Circuit Court of the United States for the Southern District of New York. For former opinion, see 147 Fed. 250. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. The motion to amend the mandate in this case is granted, and the mandate will be recalled and amended, so as to authorize the Circuit

Court to entertain a motion to permit the Automatic Switch Company, incorporated under the laws of the state of New York, to bring its original bill in the nature of a supplemental bill, in order to revive the suit as assignee of the original complainant therein.'